# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE L. WILEY, | CASE NO. 1:09-cv-00902-LJO-GSA PC |
| Plaintiff, | ORDER STRIKING SUPPLEMENT TO MOTION FOR INJUNCTIVE RELIEF |
| v. | (Doc. 13) |
| JAMES HARTLEY, et al., | |
| Defendants. | |

Plaintiff Andre L. Wiley is a state prisoner proceeding pro se and in forma pauperis in this civil action. On June 3, 2009, the Court issued an order denying Plaintiff's motion for injunctive relief, and requiring Plaintiff to file a complaint within thirty days.[1] On June 26, 2009, Plaintiff filed a supplement to his motion seeking injunctive relief.

In light of the denial of Plaintiff's motion for injunctive relief, Plaintiff's supplement is HEREBY STRICKEN from the record.

IT IS SO ORDERED.

**Dated:    June 29, 2009**              /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE

---

[1] This action was opened upon receipt of Plaintiff's motion and without a complaint. To date, the Court has not received Plaintiff's complaint.

1