# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE L. WILEY,<br><br>           Plaintiff,<br><br>     v.<br><br>JAMES HARTLEY, et al.,<br><br>           Defendants. | CASE NO. 1:09-cv-00902-LJO-GSA PC<br><br>ORDER DISMISSING ACTION, WITHOUT PREJUDICE<br><br>(Doc. 9) |

    On May 21, 2009, Plaintiff Andre L. Wiley, a state prisoner proceeding pro se and in forma pauperis, filed a motion seeking a "temporary injunction." Plaintiff sought a court order requiring Avenal State Prison to grant him access to the law library, release him from administrative segregation, and allow him to access his legal property. Because the issues related to Plaintiff's conditions of confinement at Avenal State Prison and Plaintiff cited to 42 U.S.C. § 1983, the motion was construed as a complaint and this civil rights action was opened. The Court denied Plaintiff's motion on June 3, 2009, and ordered Plaintiff to file a complaint within thirty days. Plaintiff was warned that dismissal without prejudice would occur if he failed to comply.

    More than thirty days have passed since the denial of Plaintiff's motion, and Plaintiff has not filed a complaint. Therefore, this action is DISMISSED, without prejudice. Fed. R. Civ. P. 3.

IT IS SO ORDERED.

**Dated:   July 16, 2009**         /s/ Lawrence J. O'Neill
                                                      UNITED STATES DISTRICT JUDGE