# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE L. WILEY,<br><br>        Plaintiff,<br><br>    v.<br><br>JAMES HARTLEY, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:09-cv-00902-LJO-GSA PC<br><br>ORDER GRANTING MOTION FOR RECONSIDERATION IN PART, AND REQUIRING PLAINTIFF TO FILE A COMPLAINT WITHIN THIRTY DAYS<br><br>(Doc. 17)<br><br>ORDER DIRECTING CLERK'S OFFICE TO SEND PLAINTIFF A COMPLAINT FORM |

Plaintiff Andre L. Wiley is a state prisoner who was proceeding pro se and in forma pauperis in this action. On June 3, 2009, the Court ordered Plaintiff to file a complaint within thirty days. On July 16, 2009, after more than thirty days have passed and Plaintiff failed to file a complaint or otherwise respond to the order, the Court dismissed the action, without prejudice. On July 23, 2009, Plaintiff filed a motion for reconsideration. Plaintiff attests that he complied with the Court's order to amend, and submits a mail log stating that he mailed something to this Court on July 2, 2009.

Rule 60(b) allows the Court to relieve a party from an order based on mistake, inadvertence, surprise, or excusable neglect, or for any reason that justifies relief. Fed. R. Civ. P. 60(b)(1),(6). The Court did not receive Plaintiff's complaint or any other filing between July 2, 2009, and July 23, 2009, when Plaintiff's motion for reconsideration was filed. However, in light of Plaintiff's evidence that he mailed something to the Court on July 2, 2009, the Court finds grounds to relieve Plaintiff from judgment, subject to the filing of a complaint. Harvest v. Castro, 531 F.3d 737, 746 (9th Cir. 2008).

1     Plaintiff is granted thirty days to file a complaint in compliance with the Court's order of
2 June 3, 2009.  If the Court receives the complaint within thirty days, it will set aside its order
3 dismissing this action.  If Plaintiff fails to submit a complaint, this action will remain closed.

4     Accordingly, Plaintiff's motion for reconsideration is GRANTED IN PART, and Plaintiff
5 shall file a complaint within **thirty (30) days** from the date of service of this order.

6     The Clerk's Office SHALL send Plaintiff a complaint form.

8 IT IS SO ORDERED.

9 **Dated:   September 4, 2009**            /s/ Lawrence J. O'Neill
                                                                        UNITED STATES DISTRICT JUDGE